UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN JOHNSON,

    Plaintiff,

v.

                                Case No. 23-cv-10092
                                Hon. Matthew F. Leitman

COBB, et al.,

    Defendant.

_____/

### ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE

On March 21, 2023, the Court entered an order denying Plaintiff's application to proceed in forma pauperis and requiring Plaintiff to pay the applicable filing fee by April 22, 2023. (*See* Order, ECF No. 6.) The Court instructed Plaintiff that the action would be dismissed if he failed to pay the fee as directed. Plaintiff has not paid the fee. According, this action is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: April 24, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 24, 2023, by electronic means and/or ordinary mail.

                                                 s/Holly A. Ryan
                                               Case Manager
                                               (313) 234-5126